[No. 54719-4-I.   Division One.   June 13, 2005.]

PAUL CHUNG ET AL., *Respondents*, v. DELORES A. PERRY
ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-02021-4, Laura Gene Middaugh, J., entered July 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54731-3-I.   Division One.   June 13, 2005.]

*In the Matter of the Detention of* BRUCE S. RAFFORD,
*Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-09944-7, Richard J. Thorpe, J., entered July 1, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54846-8-I.   Division One.   June 13, 2005.]

CHRISTOPHER RENSKI, *Appellant*, v. KELSEY LYNN URNESS,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-15472-7, Linda Lau, J., entered July 28, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54945-6-I.   Division One.   June 13, 2005.]

PACIFIC RELIANCE, INC., *Respondent*, v. TRANSMOREPRODUCT,
INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-38908-1, James A. Doerty, J., entered August 19, 2004. *Affirmed* by unpublished per curiam opinion.